UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
B & E LORGE FAMILY TRUST,          :
                                               09 Civ. 8490 (WHP)
                Plaintiff,         :
                                               ORDER
      -against-                    :

BENJAMIN F. STEWARD,               :

                                   :
                Defendant.
----------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2010
```

WILLIAM H. PAULEY III, District Judge:

    Counsel for the Defendant in this action having informed this Court that Defendant Benjamin F. Steward has petitioned for bankruptcy, it is hereby

    ORDERED that this action is stayed pending resolution Steward's petition in bankruptcy pursuant to 11 U.S.C. § 362(a).

    It is further ORDERED that the Clerk of Court terminate all motions without prejudice to re-filing after the stay is lifted and that the action be transferred to the Suspense Docket of this Court. Counsel for Defendant is directed to contact the Court within thirty (30) days of a disposition Steward's bankruptcy petition.

Dated: July 8, 2010
       New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                               U.S.D.J.

*Counsel of Record:*

John Paul Gleason, Esq.
Gleason & Koatz, LLP
122 East 42nd Street
Suite 519
New York, NY 10168
*Counsel for Plaintiff*

Merrill Cohen, Esq.
Cohen, Baldinger & Greenfeld LLC
Suite 1103
7901 Woodmont Avenue
Bethesda, MD 20814
*Counsel for Defendant*